UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Anatoly Kishinevski,

    Plaintiff,

    v.

Nicholas J Deml, et al,

    Defendant.

Civil Action No. 2:23–cv–429

## ORDER

On or before November 13, 2023, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 1st day of November 2023.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge