# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| Anatoly Kishinevski )<br>)<br>*Plaintiff(s)* )<br>)<br>v. )<br>)<br>Nicholas J Deml, et al )<br>)<br>*Defendant(s)* ) | Civil Action No. 2:23-cv-429 |

## JUDGMENT IN A CIVIL ACTION

☐  **Jury Verdict.**

☑  **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** the pursuant to the Court's Order (Document No. 11) filed November 14, 2023, Plaintiff's Motion to Dismiss Without Prejudice (Document No. 9) is GRANTED. This matter is DISMISSED without prejudice.

Date:  November 14, 2023

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:  11/14/2023

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Dylan R. Gaddes*
*Signature of Clerk or Deputy Clerk*